UNITED STATES, Appellee

v

HENRY L. GASTON, Private, U. S. Army, Appellant

16 USCMA 626, 37 CMR 246

No. 19,949

April 21, 1967

*Colonel Daniel T. Ghent, Lieutenant Colonel Martin S. Drucker,* and *Major David J. Passamaneck* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick* and *Captain Salvatore A. Romano* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

A general court-martial in Vietnam convicted the accused of misbehavior before the enemy. The findings of guilty were disapproved by the board of review, which affirmed a finding of guilty of unauthorized absence. The accused appealed to this Court for further review, contending he was prejudiced by an instruction on the credibility of witnesses. We condemned a like instruction in United States v Robbins, 16 USCMA 474, 37 CMR 94.

The decision of the board of review is reversed and the finding of guilty and the sentence are set aside. A rehearing may be ordered.